mentioned vested in possession and enjoyment in the respective beneficiaries at or after the testator's death. All concur.

PHARMA-CHEMICAL CORPORATION, Respondent, v. J. P. DEVINE COMPANY and Another, Appellants.— Orders reversed, with ten dollars costs and disbursements, and motion to dismiss granted, with ten dollars costs. All concur.

HYDRAULIC RACE COMPANY, Respondent, v. NIAGARA FALLS MILLING COMPANY, Appellant.— Judgment affirmed, with costs. All concur.

JOHN JUDGE, an Infant, etc., Respondent, v. ROCHESTER FRUIT AND VEGETABLE COMPANY, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event on the ground that the damages awarded by the jury are excessive. All concur, except Thompson and Crosby, JJ., who dissent and vote for affirmance.

KATHRYN JUDGE, Respondent, v. ROCHESTER FRUIT AND VEGETABLE COMPANY, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event on the ground that the damages awarded by the jury are excessive. All concur, except Thompson and Crosby, JJ., who dissent and vote for affirmance.

KYLE STEWART, Respondent, v. HALL COLD STORAGE COMPANY, INCORPORATED, Appellant.*— Judgment and order affirmed, with costs, on the authority of *White-house* v. *Single* (217 App. Div. 204), as to the law, and as to the facts the verdict was not against the weight of the evidence. All concur, except Taylor, J., who dissents and votes for reversal on the law and facts and for a new trial on the ground that the verdict is contrary to and against the weight of the evidence as to the freedom of the plaintiff from contributory negligence and as to the negligence of the defendant; and except Thompson, J., not voting.

LOCKPORT ENTERPRISES, INCORPORATED, Appellant, v. LOCK CITY THEATRES, INCORPORATED, and Another, Respondents.†— Order appointing referee affirmed, with ten dollars costs and disbursements, and order confirming report of referee modified on the law and the facts and as modified affirmed, without costs. All concur.

BERTHA CARR, as Administratrix, etc., of WILLIAM E. CARR, Deceased, Respondent, v. STORES EXPRESS, INCORPORATED, and Another, Appellants.— Judgment and order affirmed, with costs. All concur.

MARY E. MILLER, Respondent, v. CLIFFORD FRAKE, Appellant.— Judgment reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $750 as of the date of the rendition thereof, in which event the judgment is modified accordingly and, as so modified, is affirmed, without costs of the appeal to either party in the County Court and in this court. All concur.

In the Matter of the Application of ELLSWORTH, BARROWS AND COMPANY for a Mandamus Order against the TOWN OF GREAT VALLEY.— Order modified on the law so as to provide only that the town board convene and audit petitioner's claim in accordance with the statute and that the board comply with the provisions of section 133 of the Town Law ▌ in case of disallowance and make return thereof, and as so modified affirmed, without costs of this appeal to either party. All concur.